IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| DIANA MEDENDORP, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-742-A |
| | § | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Diana Medendorp is plaintiff and Nancy A. Berryhill, Acting Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Acting Commissioner denying plaintiff's claim for disability insurance benefits under Title II of the Social Security Act. On October 16, 2018, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation that the Acting Commissioner's decision be affirmed. The magistrate judge granted the parties until October 30, 2018, to file and serve objections, and no objections have been filed. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, the court accepts the magistrate judge's recommendation.

Therefore,

The court ORDERS that the decision of the Acting Commissioner that, based on the application for a period of disability and disability insurance benefits protectively filed on May 5, 2009, the plaintiff, Diana Medendorp, was not disabled under sections 216(i) and 223(d) of the Social Security Act through September 30, 1998, the last dated insured, be, and is hereby, affirmed.

The court further ORDERS that the decision of the Acting Commissioner that plaintiff's vision does not meet the stringent "statutory blindness" requirements under Title II of the Act be, and is hereby, affirmed.

SIGNED November 1, 2018.

_____
JOHN MCBRYDE
United States District Judge